UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARMIK GRANT-BYAS

                Petitioner,

    - against -

SUPERINTENDENT OF COXSACKIE
CORRECTIONAL FACILITY,

                Respondent.

---

23-cv-3628 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The deadline for the petitioner to reply is **January 5, 2024**. The Clerk is directed to mail a copy of the order to the petitioner and note the mailing on the docket.

SO ORDERED.

Dated:    New York, New York
             December 4, 2023

                                            John G. Koeltl
                                  United States District Judge