```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------

KARMIK GRANT-BYAS,                      23-cv-3628 (JGK)

          Petitioner,               ORDER

     - against -

SUPERINTENDENT OF COXSACKIE
CORRECTIONAL FACILITY,

          Respondent.

-----------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The petitioner is advised that the petition is fully briefed and is under advisement.

    The Clerk is directed to mail a copy of this Order to the petitioner and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          February 14, 2025

                                              John G. Koeltl
                                  United States District Judge