**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KARMIK GRANT-BYAS,

                        Petitioner,

  -against-                                                   23 **CIVIL** 3628 (JGK)

                                                                                **<u>JUDGMENT</u>**

SUPERINTENDENT OF COXSACKIE
CORRECTIONAL FACILITY,

                        Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 1, 2025, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the petition for habeas corpus is **denied**. Judgment is entered dismissing the petition. The Court has declined to issue a certificate of appealability because the petitioner has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      April 2, 2025

                                                                      **TAMMI M HELLWIG**
                                                                               **Clerk of Court**

                              **BY:**                         *K. Mango*

                                                                               **Deputy Clerk**